# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE GARY S. KATZMANN

| | |
|---|---|
| KAPTAN DEMIR CELIK ENDUSTRISI VE TICARET A.S., <br><br> *Plaintiff*, <br><br> and <br><br> ICDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S., <br><br> *Plaintiff-Intervenor*, <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant*, <br><br> and <br><br> REBAR TRADE ACTION COALITION, <br><br> *Defendant-Intervenor.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Court No. 23-00131 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF-INTERVENOR ICDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S.'S REPLY TO DEFENDANT'S AND DEFENDANT-INTERVENOR'S RESPONSES TO RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD**

 

Leah N. Scarpelli
Jessica R. DiPietro
Matthew M. Nolan
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC  20006
Tel: (202) 857-6013
*Counsel for Icdas Celik Enerji Tersane ve Ulasim Sanayi A.S.*

February 19, 2024

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE GARY S. KATZMANN

| | |
|---|---|
| KAPTAN DEMIR CELIK ENDUSTRISI VE TICARET A.S., <br><br> *Plaintiff*, <br><br> and <br><br> ICDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S., <br><br> *Plaintiff-Intervenor*, <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant*, <br><br> and <br><br> REBAR TRADE ACTION COALITION, <br><br> *Defendant-Intervenor.* | Court No. 23-00131 |

**PLAINTIFF-INTERVENOR ICDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S.'S REPLY TO DEFENDANT'S AND DEFENDANT-INTERVENOR'S RESPONSES TO RULE 56.2 MOTION FOR JUDGMENT ON THE AGENCY RECORD**

Plaintiff-Intervenor Icdas Celik Enerji Tersane ve Ulasim Sanayi A.Ş. ("Icdas"), a foreign manufacturer and exporter of steel concrete reinforcing bar ("rebar") from Turkey, hereby submits this brief in reply to the January 29, 2024 Responses to Plaintiff's Memorandum in Support of Its Rule 56.2 Motion for Judgment on the Agency Record filed by Defendant, the United States ("Defendant"), ECF No. 33 ("DOJ Br."), and Defendant-Intervenor, Rebar Trade Action Coalition, et al. ("RTAC"), ECF Nos. 31, 32 ("RTAC Br.").

1

Icdas is still an active participant in this litigation and as the arguments pertain to Icdas, all parties are in agreement. Both Defendant and Defendant-Intervenor agree that Icdas properly intervened and is subject to the separate rate adjustment should Kaptan's rate change as a result of this litigation. Icdas supports and defers to Kaptan's arguments in their Rule 56.2 Motion for Judgement on the Agency Record where Kaptan appealed its overall subsidy rate. Should this Court find in favor of lowering Kaptan's rate, we request to receive the revised rate Kaptan receives. Therefore, we respectfully request that the Court also agree and issue instructions for Commerce to adjust the separate rate as it applies to Icdas.

        Respectfully submitted,

        **/s/ Leah N. Scarpelli**
        Leah N. Scarpelli
        Jessica R. DiPietro
        Matthew M. Nolan
        ArentFox Schiff LLP
        1717 K Street, NW
        Washington, DC  20006
        Tel: (202) 350-3622

        *Counsel for Counsel for Icdas Celik Enerji Tersane ve Ulasim Sanayi A.S.*

February 19, 2024

## CERTIFICATE OF COMPLIANCE

Pursuant to the Court's Standard Chamber Procedure 2(b)(1), the undersigned certifies that Plaintiff-Intervenor's Reply Brief filed on February 19, 2024 complies with the word limitation requirement. The word count for Icdas's Brief, as computed by ArentFox Schiff LLP's word processing system is 194.

**/s/ Leah N. Scarpelli**
Leah N. Scarpelli

*Counsel for Counsel for Icdas Celik Enerji Tersane ve Ulasim Sanayi A.S.*
