# United States Court of International Trade
## Honorable Gary S. Katzmann

### Appearance Sheet

Docket No. 23-00131
June 12, 2024 - Oral Argument
10:30 a.m.
Courtroom 2
Jurisdiction 1581(c)

Kaptan Demir Celik Endustrisi ve Ticaret A.S.et al,
Plaintiffs,
v.
United States et al
Defendants.

_____

### Counsel

**Plaintiff**
**David L. Simon**
Law Office of David L. Simon

**Defendant**
**Kelly M. Geddes**
U.S. Department of Justice
**William Mitchell Purdy**

**Defendant-Intervenor (RTAC)**
**Maureen Elizabeth Thorson**
Wiley Rein, LLP