## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| KAPTAN DEMIR CELIK ENDUSTRISI VE TICARET A.S., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| UNITED STATES, | )<br>) Court No. 23-00131 |
| Defendant, | )<br>) |
| and | )<br>) |
| REBAR TRADE ACTION COALITION, *et al.*, | )<br>) |
| Defendant-Intervenors. | )<br>) |

### DEFENDANT'S POST-ARGUMENT SUBMISSION

Defendant, the United States, respectfully states that it does not have additional arguments to raise, and rests on the arguments made in our prior filings and at oral argument.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

| | |
|---|---|
| W. MITCH PURDY<br>Senior Attorney<br>Office of the Chief Counsel<br>for Trade Enforcement & Compliance<br>U.S. Department of Commerce | /s/ Kelly Geddes<br>KELLY GEDDES<br>U.S. Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>(202) 307-2867<br>Fax: (202) 305-2062<br>Email: kelly.geddes2@usdoj.gov |
| June 20, 2024 | Attorneys for Defendant |

**CERTIFICATE OF COMPLIANCE**

Defendant's counsel certifies that this filing complies with the Court's instructions that any post-hearing submissions not exceed 1,200 words. According to the word count calculated by the word processing system with which the brief was prepared, the brief contains a total of 32 words, not including the portions excluded pursuant to Rule 2(B)(b) of this Court's Chambers Procedures.